FILED: May 1, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1470
(CP25-10-000)

_____

HAW RIVER ASSEMBLY; 7 DIRECTIONS OF SERVICE; SIERRA CLUB; APPALACHIAN VOICES; WILD VIRGINIA

      Petitioners

v.

UNITED STATES ARMY CORPS OF ENGINEERS; DANIEL P. DRISCOLL, in his official capacity as Secretary of the U.S. Army; LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as U.S. Army Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers; COLONEL BRAD MORGAN, in his official capacity as District Commander of the U.S. Army Corps of Engineers, Wilmington District; COLONEL SONNY B. AVICHAL, in his official capacity as District Commander of the U.S. Army Corps of Engineers, Norfolk District; TOMMY FENNEL, in his official capacity Chief, Regulatory Division, U.S. Army Corps of Engineers, Wilmington District; KIMBERLY PRISCO-BAGGETT, in her official capacity as Acting Chief, Regulatory Division, U.S. Army Corps of Engineers, Norfolk District

      Respondents

and

TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC; DUKE ENERGY CAROLINAS, LLC; DUKE ENERGY PROGRESS, LLC

      Intervenors - Respondents

_____

O R D E R
_____

Upon consideration of submissions relative to petitioners' motion for temporary administrative stay, the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk